No. 69318.—R. U. Delapenha & Co., Inc. *v.* United States, protests 64/23786 and 64/16243 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bird's dessert powder similar in all material respects to that the subject of Abstract 68309, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 25, 1965

No. 69319.—Saws 'N' Tools et al. *v.* United States, protests 64/3096, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bandsaw blades similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiffs was sustained.